IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT -8  P 3: 14

CLERK'S OFFICE
AT GREENBELT

DEPUTY

Starsha Sewell

P.O. Box 7073

Capitol Heights, MD 20791
(Full name and address of the plaintiff)

v.                                                    Civil Action No._____
                                                      (Leave blank.  To be filled in by Court.)

JFM 13 CV 2961

Washington Metropolitan Area
transit Authority ("WMATA")
600 5th Street NW
Washington, DC 20001
(Full name and address of the defendant(s))

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

1.  Plaintiff is a resident of _____Capitol Heights, MD_____.
           (Fill in county or city and state of residence)

2.  Defendant(s) reside(s) or does business at the following location:_____

5801 Sunnyside Avenue College Park MD 20740

3.  This action is brought pursuant to (check all spaces that apply):

☒  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age.  My year of birth is: _____.

Complaint: Employment Discrimination (Rev. 6/2000)

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq*., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability.

4. I am complaining about (check all that apply):

☐ Failure to hire me.  I was refused a job on the following date: _____

_____.

☐ Termination of my employment.  I was terminated from my employment on the

following date: _____.

☒ Failure to promote me.  I was refused a promotion on the following date:

*April 4, 2012* _____.

☒ Other (explain what happened): *Retaliation for engaing*
*in informal Protected Activity.*

_____

5. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

☐ race ☐ color ☐ religion ☒ sex ☐ age ☐ national origin ☒ disability

6. The facts of my claim are: *I was employed with WMATA from Feburary 8, 2010 to September of 2012. On November 4, 2011 I was released to return to duty from medical Leave. However, Medical Services held me off work on the basis that I was medically disqualified from the Bus Operator position on June 2011. (Count I) In violation of the Americans with Disabilities*

Complaint: Employment Discrimination (Rev. 6/2000)

2

*Act of 1990, as amended. (Count II) I was discriminated against by James Wynne, Director of Civil Rights on the basis of my gender.*

who declined me an internal EEOC Investigation regarding the denial of a promotion which took place on April 4, 2012. Sewell was denied promotion due to disparate treatment and due to her documented disability in her medical record and was subjected to the disparate Impact of WMATA's wrongful hiring practices. (Count III) HR retaliated against sewell for engaging in Protected Activity, upon conducting and unauthorized background investigation on her because she filed a grievance (Protected activity) in violation of Title VII of the civil Rights Act of 1964, as amended.

7. The approximate number of people employed by Defendant is:. 5,000 - 10,000

8. The events I am complaining about took place on the following dates or time period:

November 4, 2011 until June 27, 2013

9. I filed charges on the following date: 9/2012 with:

☒ Equal Employment Opportunity Commission (EEOC)

☐ Maryland Human Relations Commission

☐ Other (give name of agency and location):_____

_____.

10. I received a right to sue letter (attach copy) on the following date:_____

July 16, 2013

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate,

including but not limited to (check all that apply):

☒ Injunctive relief (specify what you want the Court to order):_____

Sr. Training Consultant Position

_____

☒ Back pay.

☐ Reinstatement to my former position.

Complaint: Employment Discrimination (Rev. 6/2000)

3

☒    Monetary damages in the amount of: _$ 650, 000_____.

☐    Costs and attorneys fees.

☐    Other (specify):_____

_____

_10|8|2013_____       _____
(Date)                                       (Signature)

_Starsha M. Sewell_

_P.O. Box 7073_

_Capitol Heights, MD 20791_

_(202) 604-6717_

(Printed name, address and phone number of Plaintiff)